IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:02CR369 |
| vs. ) | |
| ) | ORDER |
| KIMBERLY BLACK, ) | |
| ) | |
| Defendant. ) | |

Defendant Kimberly Black (Black) appeared before the court on June 18, 2014, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 69). Black was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Donald J. Kleine. Through his counsel, Black waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and Black should be held to answer for a final dispositional hearing before Judge Joseph F. Bataillon.

The government moved for detention. At the time of the hearing, Black was in the custody of Iowa correctional authorities. The motion was held in abeyance pending Black coming into federal custody. Black waived his rights under the Interstate Agreement on Detainers and agreed to be returned to the Iowa correctional authorities pending his dispositional hearing in these proceedings.

**IT IS ORDERED**:

A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:30 p.m. on July 24, 2014.** Defendant must be present in person.

DATED this 18th day of June, 2014.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge