IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>KIMBERLY BLACK,<br><br>                Defendant. | 8:02CR369<br><br>ORDER |

This matter is before the court on the defendant's, Kimberly Black, motion for a copy of the revocation hearing transcript (Filing No. 92). The defendant has not filed a motion for post-conviction relief.

Under Rule 6(b) of the "Rules Governing Section 2255 Cases in the United States District Courts," a party requesting discovery must provide reasons for his request. Also, under 28 U.S.C. § 2250, if a petitioner is permitted to prosecute a petition for a writ of habeas corpus in forma pauperis, "the clerk of any court of the United States shall furnish to the petitioner without cost certified copies . . . the record . . . as may be required by order . . . ." 28 U.S.C. § 2250. The statute contemplates the filing of a motion for collateral review of a conviction before free copies of the record are furnished to the moving party. See *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995) (stating any request for a free transcript prior to the filing of a section 2255 motion is premature). Accordingly, the court finds the motion should be denied at this time without prejudice to reassertion after filing a section 2255 petition or other timely motion. However, the defendant may contact Susan DeVetter, the Court Reporter, at the Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Suite 3130, Omaha, NE 68102, and request the transcript at the defendant's own expense. Upon consideration,

**IT IS ORDERED**:

The defendant's motion (Filing No. 92) is denied.

Dated this 5th day of November, 2014.

BY THE COURT:<br>
 s/ Thomas D. Thalken<br>
United States Magistrate Judge